(Rev. 5/1/13)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Shreveport DIVISION

RECEIVED

NOV 23 2021

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Chad Damon Dorsey

Plaintiff

Civil Action No. _____ SEC. P

Prisoner # 86976

VS.

Caddo Correctional Center

Defendant

Judge _____

Magistrate Judge _____

# COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. **Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ]   No [✓]

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   N/A

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: N/A

   Defendants: N/A

3. Docket number(s): N/A

4. Date(s) on which each lawsuit was filed: N/A

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   N/A

(Rev. 5/1/13)

   c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

      Yes [ ]   No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____N/A_____
_____N/A_____

**II.**   **a.**   **Name of institution and address of current place of confinement:**

_____Caddo Correctional Center_____

   b.   Is there a prison grievance procedure in this institution?

      Yes [✓]   No [ ]

      1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

         Yes [ ]   No [✓]

      2.   If you did not file an administrative grievance, explain why you have not done so.

_____There's unanswered forms, request and writes that's has and had me block for almost two years._____

      3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____N/A_____
_____N/A_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**   **Parties to Current Lawsuit:**

   a.   Plaintiff, _Michael D. Dorsey_
      Address _P.O. Box 70110 Shreveport, La. 71137_

(Rev. 5/1/13)

b. Defendant, __Commander Ennis__, is employed as __The Jail Commander__ at __Caddo Correctional Center__.

Defendant, __Sgt. Walther__, is employed as __Shift Sgt__ at __Caddo Correctional Center__.

Defendant, __Steve Prator__, is employed as __Chief Sheriff__ at __Caddo Correctional Center__.

Additional defendants, __Deputy Moore (EMT)__

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On Sept 26, 2021 I Chad Posey was tased while handcuffed in a joint joint chair. The incident occured between 7:00 and 8:30 on cameras on the date stated above. I have known mental health illness which is on file here at the jail. I have been refused to be put on my medications. When I request to see they push (what?) They respond with, "Oh I feeling like hurting myself tell my nearest deputy." I have notes that I've written explaining I shouldn't have to have an episode and get in trouble. The incedent couldn't been prevented. I suffer from (PTSD) bipolar skitsopanic depression developements delays and dixlex-c-ual which I've knowing to them they had since the age of six years old. Sunday Nov 14 at 10 till we as in me and other inmates was put up for segregation we didn't recieve segregation again till Tuesday Nov 16 between 10-11. This treatment is inhuman cruel and unusual punishment and depriviation of liberty and violates many other civil and constitutional rights. We are poorly feed cold meals, endure extreme heat and forced to be around other inmates which poses threats to each other.

Page 3 of 4

(Rev. 5/1/13)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I'm praying and asking the court to investigate and redeem and justify the rights of inmates under equal protection of law from extreme abuse from and by Caddo Correctional Center's Staff and facility. And to be compensated in any amount $100,000+ at the court's discression. To be protect from abuse of authority.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 18 day of November, 20 21.

SO#86976   JK#280908                    Michad Dorsey

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**          **Signature of Plaintiff**